DARRYL A. STALLWORTH (SBN: 163719)
The Law Office of Darryl A. Stallworth, a professional corporation
2355 Broadway, Suite 303
Oakland, CA 94612
Telephone:   (510) 271-1900
Facsimile:   (510) 271-1902

Attorneys for Defendant
Richard Miller

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>MONTGOMERY, ET AL,<br><br>Defendant. | CR 13-0028 CW<br><br>AGREEMENT AND STIPULATION OF THE PARTIES TO AMEND RICHARD MILLER'S RELEASE CONDITIONS TO ALLOW HIM TO TRAVEL TO LOS ANGELES FOR BUSINESS<br><br>Date: APRIL 12, 2013<br>Time: 9:00 a.m.<br>Dept.: |

I, Darryl A. Stallworth, declare as follows:

1. That I am the attorney for Defendant Richard Miller in this action.
2. That Mr. Miller is employed by US Pacific Investments LLC.
3. That Mr. Miller's employment requires him to meet and consult with the company's Southern California branch offices.
4. That Mr. Miller's employer requires his presence this weekend in Newport Beach to finalize a contract.
5. That Mr. Miller's next Court date is June 10, 2013.
6. The following is Mr. Miller's itinerary for the weekend:

04/12 10:00 am- 6:00pm driving to Orange County

04/12 7:00 pm- Dinner meeting Newport Beach Marriot

04/13 9:00 am- Breakfast meeting

04/13 12:00- 6:00pm- Leisure time

04/13 7:00pm- Dinner meeting

04/14 9:00 am- Breakfast meeting

04/14 12:00-4:00 pm- Final Contract Overview

04/14 7:00 pm- Leisure Dinner

04/15 9:00am- Return to Bay Area

7. That Mr. Miller has lived and worked in California his entire life.
8. That Mr. Miller has never missed a court date and has abided by all of his release conditions.
9. Given the complex nature of this case and the numerous codefendants it may be some time before a resolution can be reached.
10. That Mr. Miller needs to stay employed during this period of time, which will require him to occasionally travel to Southern California.
11. That Assistant United States Attorney Kevin Barry is agreeable to Mr. Miller traveling to Newport Beach for Business this weekend. On Wednesday April 10, 2013 Mr. Barry left me a voicemail stating I could sign this stipulation on his behalf.

12. Pre-Trial Services Officers Taifa Gaskins and Denise Mancia are also agreeable to Mr. Miller traveling to Newport Beach for Business this weekend. On Thursday April 11, 2013 Ms. Mancia informed me that she had signed this stipulation and faxed it to my office. Unfortunately the fax had an error and only sent three blank pages. (See Attached). Ms. Mancia is out of the office today and will be unable to send another fax.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12th day of April, 2013 at Oakland, California.

_____
DARRYL A. STALLWORTH
Attorney for Defendant
RICHARD MILLER

I KEVIN J. BARRY STIPULATE THAT RICHARD MILLER BE ALLOWED TO TRAVEL TO NEWPORT BEACH THIS WEEKEND AS OUTLINED ABOVE.

_____Kevin Barry /s/_____
KEVIN J. BARRY
ASSISTANT UNITED STATES ATTORNEY

I TAIFIA GASKINS STIPULATE THAT RICHARD MILLER BE ALLOWED TO TRAVEL TO NEWPORT BEACH THIS WEEKEND AS OUTLINED ABOVE.

_____Verbal Agreement - see #12_____
DENISE MANCIA
PRE-TRIAL SERVICES OFFICER

IT IS SO ORDERED on this, the 11th day of April 2013 that Defendant Richard Miller shall be allowed to travel to Newport Beach for Business as referenced in the above mentioned itinerary.

Dated: April 12, 2013                    _____Kandis Westmore_____
                                         HONORABLE JUDGE KANDIS WESTMORE

AGREEMENT AND STIPULATION OF THE PARTIES TO AMEND RICHARD MILLER'S RELEASE CONDITIONS TO ALLOW HIM TO TRAVEL TO LOS ANGELES FOR BUSINESS - 3 -

Apr 11 2013 10:06AM Case4:13-cr-00028-CW Document 88   Filed 04/12/13   Page 4 of 6   P.1

Apr 11 2013 10:46AM US PRETRIAL OAK 9151063/3761 p.3